# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

## NOTICE

FIDEL REYES AGUILAR,
ALEJANDRO CHILLIAN ESPINOSA, and
MARCO PENA

v.  Case No. 14-CV-797-JPS

KASP REALTY
d/b/a Finn Mcguire's Irish Pub and Grille,
and KOSTA PETROPOULOS

| Type of case: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

Take notice that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: Federal Courthouse 517 East Wisconsin Avenue Milwaukee, Wisconsin | ROOM NO. 425 |
| | DATE AND TIME: FRI 8/29/14 at 9:30 AM |

TYPE OF PROCEEDING:

## RULE 16 SCHEDULING CONFERENCE

In order that this case move forward in a timely manner, counsel for the parties are directed to file a joint Rule 26 plan on or before August 27, 2014; such report to include cutoff dates within which to complete various pretrial tasks in order that this case be concluded before June 1, 2015, including trial, if necessary.

To accommodate counsel's schedule, appearances may be made by telephone; however, neither cell phones nor calls made over a speaker phone may be used, as both technologies are incompatible with the court's sound/teleconferencing equipment.

The court will initiate the call. Therefore, if appearing by telephone, counsel must notify the court, in advance, of the direct number at which they may be reached.

        JON W. SANFILIPPO
        Clerk of Court

August 8, 2014          s/ Nancy A. Monzingo
Date          (By) Deputy Clerk